IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY FABRICANT, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>PRIORITY PAYMENT SYSTEMS HOLDINGS, LLC, PRIORITY PAYMENT SYSTEMS, LLC, BRIAN JENKINS, and ASSISTED ALTERNATIVE MERCHANT STRATEGIES, LLC,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-5336-SCJ |

**ORDER**

This civil action is before the Court on its Order of June 21, 2019 directing Plaintiff to show cause to this Court as to why service has not been timely effected upon Defendant Alternative Merchant Strategies, LLC [Doc. No. 28]. Plaintiff has failed to make such showing or otherwise comply with the Court's order.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint as to Defendant Alternative Merchant Strategies, LLC **DISMISSED** without prejudice for failure to effectuate service of process pursuant to Fed. R. Civ. P. 4(m).  As all other

Defendants have been dismissed pursuant to the Stipulation of Dismissal With Prejudice filed June 20, 2019 [Doc. No. 26], this civil action is hereby **TERMINATED**.

**IT IS SO ORDERED**, this 5th day of July, 2019.

<div style="margin-left: 3em;">
s/Steve C. Jones<br>
STEVE C. JONES<br>
UNITED STATES DISTRICT JUDGE
</div>