UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY FABRICANT, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PRIORITY PAYMENT SYSTEMS HOLDINGS, LLC, PRIORITY PAYMENT SYSTEMS, LLC, BRIAN JENKINS, and ASSISTED ALTERNATIVE MERCHANT STRATEGIES, LLC,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>No. 1:18-cv-5336-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on this Court's Order of June 21, 2019, and the Plaintiff having failed to comply with said order, it is

**Ordered and Adjudged** that Plaintiff's Complaint as to Defendant Alternative Merchant Strategies, LLC DISMISSED without prejudice for failure to effectuate service of process pursuant to Fed. R. Civ. P. 4(m).

Dated at Atlanta, Georgia this 5th day of July, 2019.

                              JAMES N. HATTEN
                              CLERK OF COURT

                         By:  s/R. Spratt
                              Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   July 5, 2019
James N. Hatten
Clerk of Court

By: s/R. Spratt
      Deputy Clerk